IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 96-11421
Conference Calendar

CORY WINTER RICHARD,

Plaintiff-Appellant,

versus

RONALD DREWRY, Head Warden;
CRAIG RAINES, Assistant Warden,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:96-CV-273-BA
- - - - - - - - - -
December 11, 1997

Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

The appeal of Cory Winter Richard, Texas prisoner #710543, from the district court's order denying his motion for a preliminary injunction is DISMISSED. See 5th Cir. R. 42.2. Richard's notice of appeal is untimely; therefore, dismissal for lack of jurisdiction is mandated. See Robbins v. Maggio, 750 F.2d 405, 408 (5th Cir. 1985); Fed. R. App. P. 4(a)(1) and (c).

APPEAL DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.